**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTY SCOTT FITZGERALD,<br><br>    Plaintiff,<br><br>v.<br><br>LPN GREG MARTIN,<br><br>    Defendant. | 3:17-cv-0278-MMD-CLB<br><br>**ORDER** |

Adam Hosmer-Henner, Esq. and the law firm of McDonald Carano LLP filed a motion to withdraw as counsel for plaintiff, Marty Scott Fitzgerald (ECF No. 51). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . shall constitute a consent to the granting of the motion. Therefore, the motion to withdraw as counsel (ECF No. 8) is **GRANTED**.

According to the Nevada Department of Corrections inmate database, it appears that plaintiff has been paroled and is no longer incarcerated. Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action with prejudice. Plaintiff shall have until **Monday, February 8, 2021**, to file a notice of change of address or this court will recommend that this action be dismissed.

**DATED:** January 7, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1