# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTY SCOTT FITZGERALD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LPN GREG MARTIN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:17-CV-0278-MMD-CLB<br><br>**ORDER DENYING MOTIONS<br>TO APPOINT COUNSEL**<br><br>[ECF Nos. 84, 86] |

Plaintiff's motions to appoint counsel, (ECF Nos. 84, 86), are **DENIED** for the reasons set forth in the Court's order ECF No. 82.

**IT IS SO ORDERED.**

DATED: December 15, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**