AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendant*
*Romeo Aranas, Renee Baker, Gloria Carpenter,*
*James Dzurenda, Dawn Jones, Michael Koehn*
*and Greg Martin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTY FITZGERALD,<br><br>        Plaintiff,<br><br>vs.<br><br>LPN GREG MARTIN, et al.,<br><br>        Defendants. | Case No.  3:17-cv-00278-MMD-CLB<br><br>**MOTION TO CONTINUE HEARING** |

      Defendants, Romeo Aranas, Renee Baker, Gloria Carpenter, James Dzurenda, Dawn Jones, Michael Koehn and Greg Martin, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this honorable Court to vacate and reschedule the hearing on Motions (ECF Nos. 88, 89 and 92) scheduled for 9:00 am on Wednesday, January 26, 2022.  The District Court in *Floyd v. Daniels, et al.* 3:21-cv-00176-RFB-CLB has set a final oral argument to begin at 9:30 that day. As the Court is aware, the *Floyd* matter is somewhat time sensitive.  It is unknown, at this time, how long that hearing will last.  Therefore, it is respectfully requested that the hearing in this matter be rescheduled for a time, convenient with this Court's calendar.

      DATED this 18th day of January, 2022.

|  |  |
|---|---|
| IT IS SO ORDERED.<br>Dated:  January 19, 2022.<br><br>*[signature]*<br>UNITED STATES MAGISTRATE JUDGE | AARON D. FORD<br>Attorney General<br><br>By:  /s/ Douglas R. Rands<br>     DOUGLAS R. RANDS, Bar No. 3572<br>     Senior Deputy Attorney General<br>     *Attorneys for Defendants* |

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of January, 2022, I caused to be served a copy of the foregoing, **MOTION TO CONTINUE HEARING**, by U.S. District Court CM/ECF Electronic Filing to:

Marty S. Fitzgerald, #73049
Northern Nevada Correctional Center
P. O. Box 7000
Carson City, NV 89701

                                         */s/ Roberta W. Bibee*
                                         An employee of the Office
                                         of the Attorney General