**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARTY SCOTT FITZGERALD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LPN GREG MARTIN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:17-CV-0278-MMD-CLB<br><br>**ORDER DENYING MOTION<br>FOR MORE COMPLETE STATEMENT BY<br>PROVIDING BATES STAMPS USED IN<br>MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 129] |

Before the Court is Plaintiff Marty Scott Fitzgerald's ("Fitzgerald") motion for more complete statement by providing Bates stamps used in motion for summary judgment. (ECF No. 129.) In this motion Fitzgerald states that he is having trouble following Defendants' motion for summary judgment because Defendants do not identify the Bates numbers of their exhibits. (*Id.*) Apparently, Fitzgerald seeks Defendants to refile the motion to comport with his request.

The Court has reviewed the motion for summary judgment and its attachments. (ECF Nos. 103, 105.) Although 122 pages of exhibits and declarations are attached, they are separated into 14 separate exhibits (91 pages) and 11 declarations (31 pages). (*Id.*) None of the exhibits are individually voluminous, and Defendants included an index of exhibits in their motion. (ECF No. 103 at 12.) The Court finds the references to exhibit numbers and corresponding dates are adequate and proper. The motion for more complete statement by providing Bates stamps used for motion for summary judgment is **DENIED**. (ECF No. 129.)

　　　**DATED**: April 15, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**